```
 1   BILAL A. ESSAYLI
     Acting United States Attorney
 2   Joseph T. McNally
     Assistant United States Attorney
 3   Acting Chief, Criminal Division
     THI HOANG HO (Cal. Bar No. 293978)
 4   Assistant United States Attorney
     General Crimes Section
 5        1200 United States Courthouse
          312 North Spring Street
 6        Los Angeles, California 90012
          Telephone: (213) 894-0596
 7        Facsimile: (213) 894-0141
          E-mail:    Thi.Ho@usdoj.gov
 8
     Attorneys for Plaintiff
 9   UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
9/16/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MR___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-05202 |
|---|---|
| Plaintiff, | ▓▓▓▓▓▓▓ ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO RULE 48(a) |
| v. | |
| JESSICA ISABEL RAMIREZ-VASQUEZ, | |
| Defendant. | |

The Court has read and considered the government's motion to dismiss the complaint without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds that there is good cause to dismiss the complaint in the interests of justice.

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant in the interest of justice.

IT IS SO ORDERED.

September 16, 2025
DATE

[signature]

HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
THI HOANG HO
Assistant United States Attorney