UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00759-AH | Date: 09/19/2025 |
| Present: The Honorable: Patricia Donahue, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Isabel Verduzco | CS 09/19/2025 | Patrick Kibbe |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s)  ✔ Present  Released on Bond | Attorneys for Defendants:  ✔ Present  DFPD |
|---|---|
| Jessica Isabel Ramirez-Vasquez | Kathryn Rosenfeld |

**Proceedings: Arraignment of Defendant and/or**  ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Information Class A.
* Defendant is arraigned under name on the Information Class A.
* Defendant acknowledges having read the Information Class A and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Information Class A.
* This case is assigned to Judge Anne Hwang.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/04/2025 8:30 AM;
Status Conference: 10/08/2025 8:30 AM;
* Judge Hwang is located in 9C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA    PSAED    PSASA
    USMLA    USMED    USMSA
    Statistics Clerk      Interpreter
    CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: IV by TRB