UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00759-(A)-AH | Date: 11/13/2025 |
| Present: The Honorable: Charles F. Eick, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Valencia Munroe | CS 11/13/2025 | Monica Hara |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✔ Present Released on Bond | Attorneys for Defendants: ✔ Present DFPD |
|---|---|
| Jessica Isabel Ramirez-Vasquez | Kathryn Rosenfeld |

Proceedings: Arraignment of Defendant and/or   ✔ Assignment of Case   Appointment of Counsel
Initial Appearance

\* Defendant states true name is the name on the Superseding Indictment A.

\* Defendant is arraigned under name on the Superseding Indictment A.

\* Defendant acknowledges having read the Superseding Indictment A and discussed it with counsel.

\* Defendant pleads "not guilty" to all counts of the Superseding Indictment A.

\* This case is assigned to Judge Anne Hwang.

\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/17/2025 8:30 AM

\* Government counsel provides trial estimate of 2-3 days.

\* Judge Hwang is located in 9C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA   PSAED   PSASA
    USMLA   USMED   USMSA
    Statistics Clerk   Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: VMUN by TRJ